UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-                                              20 Mag. 8409

JASON MARTINEZ

                          Defendant(s).
-----------------------------------------------------------X

Defendant __JASON MARTINEZ__ hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☑ teleconferencing:

☑  Initial Appearance Before a Judicial Officer

☐  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☑  Bail/Detention Hearing

☐  Conference Before a Judicial Officer

s/Jason Martinez/oTW

**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jason Martinez
_____
**Print Defendant's Name**

_____
**Defendant's Counsel's Signature**

Elliot H. Fuld
930 Grand Concourse - 1G
Bx NY 10451
917 742-3155
718-410-4111
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

13 Aug 2020
**Date**
**Judge** Ona T. Wang, USMJ

_____
**U.S. District Judge/U.S. Magistrate**