UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jason Martinez                Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

20 Mag 8409

Defendant __Jason Martinez__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_✓_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/Jason Martinez
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jason Martinez
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Elliot H. Fuld
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/9/2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge