UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               19-cr-536 (PKC)

        -against-

                                                                            ORDER

JASON MARTINEZ,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Helen Cantwell is appointed counsel to Jason Martin pursuant to the CJA. The arraignment of a superseding indictment is scheduled for October 13, 2020 at 4:00 p.m. The case will proceed telephonically. The call-in information for this teleconference is:

        Dial-in:       (888) 363-4749

        Access Code:   3667981

        SO ORDERED.

                                                      P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
        October 9, 2020